

# NUMBER 13-25-00186-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ROGER VILLA,                                                                                  Appellant,

## v.

LGI HOMES CORPORATE, LLC,                                                      Appellee.

---

## ON APPEAL FROM THE 274TH DISTRICT COURT
## OF COMAL COUNTY, TEXAS

---

# MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Fonseca
### Memorandum Opinion by Justice Fonseca

This matter is before the Court on appellant's agreed motion to dismiss appeal.[1] The parties have resolved all matters and issues before this court, and appellant now requests that the appeal be dismissed.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(2). Therefore, the agreed motion to dismiss is granted,

---

[1] This appeal was transferred from the Third Court of Appeals in Austin pursuant to an order issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001.

and the appeal is hereby dismissed. In accordance with the agreed motion, each party shall bear their own costs. *See* TEX. R. APP. P. 42.1(a)(2)(A). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA<br>Justice

Delivered and filed on the
10th day of July, 2025.